PROB 12C
(6/16)

Report Date: May 13, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sergio Dorantes-Cruz          Case Number: 0980 2:17CR00139-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 12, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(a)(1) | | |
| Original Sentence: | Prison - 4 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: | November 24, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 23, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Special Condition # 1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee.  Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: Mr. Dorantes-Cruz violated the terms of his supervised release by reentering the United States without advance legal permission from the United States Attorney General or his designee, on or about December 26, 2019.

On October 12, 2017, Mr. Dorantes-Cruz was sentenced in the Eastern District of Washington after pleading guilty to Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326(a)(1).  His release conditions included the above-noted special condition #1.

On December 27, 2019, Mr. Dorantes-Cruz was arrested on an outstanding warrant in relation to a 2017 theft charge.  He was arrested in Chelan County, Washington, and later released on December 29, 2019.

Prob12C
Re: Dorantes-Cruz, Sergio
May 13, 2020
Page 2

    Mr. Dorantes-Cruz did not have permission to be in the United States. It appears he has remained in the United States since December 2019. Mr. Dorantes-Cruz was cited in Chelan County, Washington, for no valid operator's license and operating a motor vehicle without insurance in January 2020 (see violation #2 below). In addition, in May 2020, in Chelan County, Washington, he was served with a temporary protection order.

2    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Mr. Dorantes-Cruz violated the terms of his supervised release by being cited for no valid operator's license and operating a motor vehicle without insurance, on or about January 14, 2020.

    On October 12, 2017, Mr. Dorantes-Cruz was sentenced in the Eastern District of Washington after pleading guilty to Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326(a)(1). His release conditions included the above-noted mandatory condition #1.

    On January 14, 2020, Mr. Dorantes-Cruz was cited for no valid operator's license and operating a motor vehicle without insurance, Chelan County District Court number XZ0198178.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/13/2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

5/13/2020
Date