PROB 12C
(6/16)

Report Date: May 27, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sergio Dorantes-Cruz           Case Number: 0980 2:17CR00139-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: October 12, 2017

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(a)(1) | |
| Original Sentence: | Prison - 4 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: November 24, 2017 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 23, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/13/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Dorantes-Cruz violated the terms of his supervised release on or about December 26, 2019, and since, by reentering the United States in violation of 8 U.S.C. § 1326(a)(1).<br><br>On October 12, 2017, Mr. Dorantes-Cruz was sentenced in the Eastern District of Washington after pleading guilty to Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326(a)(1).  His release conditions included the above-noted mandatory condition number 1.<br><br>On December 27, 2019, Mr. Dorantes-Cruz was arrested on an outstanding warrant in relation to a 2017 assault charge.  He was arrested in Chelan County, Washington, and later released on December 29, 2019.  It appears he has since remained in the Unites States.<br><br>On May 21, 2020, during the process of having him served a summons is relation to the petition filed on May 13, 2020, Mr. Dorantes-Cruz was arrested and charged with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326(a)(1). |

Prob12C
**Re: Dorantes-Cruz, Sergio**
May 27, 2020
Page 2

        Mr. Dorantes-Cruz is currently set to appear for an initial appearance regarding the May 13, 2020, petition, on May 27, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | May 27, 2020 |
| | s/Melissa Hanson |
| | Melissa Hanson<br>U.S. Probation Officer |

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

5/27/2020
Date